# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE JONES, G35507,<br>　　　　　Petitioner,<br>　　v.<br>M. ATCHLEY, Warden,<br>　　　　　Respondent. | Case No. 22-cv-01681-SK  (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner seeks federal habeas review of a sentence from San Diego County Superior Court, which lies within the venue of the Southern District of California. See 28 U.S.C. § 84(d). Petitioner is incarcerated at Salinas Valley State Prison in Monterey County, which lies within the venue of the Northern District of California. See id. § 84(a).

Venue is proper in a habeas action in either the district of confinement or the district of conviction and sentencing, see 28 U.S.C. § 2241(d); however, petitions challenging a conviction and/or sentence (as opposed to petitions challenging the execution of a sentence) preferably are heard in the district of conviction and sentencing. See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

Because San Diego County lies in the Southern District of California, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Southern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: March 18, 2022

_____
SALLIE KIM
United States Magistrate Judge